November 16, 2015


Re:  03-15-00475-CR, Darrell Lofton v. State of Texas


Dear Mr. Kyle:

The reporter's record in this case was due this past Friday, November 13th.  Although this record has been edited, I need to respectfully request for a 30-day extension of time so I can proofread it, make any corrections necessary, and get it in its final form suitable for filing with the Court.  I've had multiple other deadlines recently as well as some personal matters that have prevented me from filing this record in a timely manner.  I am confident I will be able to file it within the next 30 days.

Sincerely,

Angela Chambers
Official Court Reporter
299th District Court